**Lennie R. SENTER, Plaintiff–Appellant**

v.

**STERICYCLE, INC., Defendant–Appellee.**

No. 13–3511.

United States Court of Appeals, Eighth Circuit.

Submitted: July 7, 2014.

Filed: July 11, 2014.

Lennie R. Senter, Urbandale, IA, pro se.

Steven Hamann, Cara J. Ottenweller, Vedder & Price, Chicago, IL, Jonathan Paul Norrie, Bassford & Remele, Minneapolis, MN, for Defendant–Appellee.

Before BYE, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Lennie R. Senter appeals the district court's[1] adverse grant of summary judgment in his Title VII action against his former employer, Stericycle, Inc. (Stericycle). Upon de novo review, we agree with the district court that Stericycle met its burden of showing that there were no gen-

---

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

uine issues of material fact, and that it was entitled to judgment as a matter of law on Senter's claims that he was subjected to racial harassment and discrimination, and that he suffered retaliation in violation of Title VII. *See Whisenhunt v. Sw. Bell Tel.*, 573 F.3d 565, 568 (8th Cir.2009). The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

